AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

FILED
2015 MAY 20  P 12: 09
US DISTRICT COURT
HARTFORD CT

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:15cr76 RNC |
| UBS AG | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

The defendant understands that the defendant has been accused of one or more offenses punishable by imprisonment for more than one year. The defendant was advised in open court of the defendant's rights and the nature of the proposed charges against the defendant.

After receiving this advice, the defendant waives the defendant's right to prosecution by indictment and consents to prosecution by information.

Date:  05/20/2015

_____
Corporate Representative's signature
/s/ David P. Burns
Signature of defendant's attorney

David P. Burns
Printed name of defendant's attorney

/s/ Robert N. Chatigny
Judge's signature

Robert N. Chatigny, U.S.D.J.
Judge's printed name and title